■ In the Matter of the Accounting of ANNA SCHENNA, as Administratrix of the Estate of JOHN SCHENNA, SR., Deceased, Respondent. JOHN SCHENNA, JR., et al., Appellants.— Appeal from a ·decree of the Surrogate's Court, Queens County, settling the account of respondent, an administratrix, and dismissing appellants' objection to the failure of respondent to account for $10,000 received by her from the decedent prior to his death. Decree unanimously affirmed, with costs. On the record presented, respondent sustained the burden of establishing a gift *inter vivos* by a fair preponderance of the evidence. (Cf. *Matter of Jennings*, 259 App. Div. 822, affd. 283 N. Y. 677; *Matter of Kive*, 139 Misc. 273; *Matter of Massey*, 143 Misc. 794; *Matter of Braun*, 194 Misc. 791.) Present— Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of JOHN F. SHIELDS, Respondent, against HENRY A. SAHM et al., Constituting the Town Board of the Town of North Hempstead, Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act, the appeal is from a resettled ·order directing the members of the Town Board of the Town of North Hempstead to hold a hearing at which they may determine preliminarily whether or not there has been such a change of circumstances as would warrant a new consideration of respondent's application for a permit to install underground tanks for the storage of inflammable materials, following which determination the board may close the hearing or proceed as indicated. Order unanimously affirmed, with costs. No opinion. Present— Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [14 Misc 2d 102.]

■ In the Matter of GEORGE VERGARA et al., Constituting the Council of the City of New Rochelle, Petitioners, against ALBERT F. CAMPBELL et al., Constituting the Board of Appeals on Zoning of the City of New Rochelle, et al., Respondents.— This proceeding, pursuant to article 78 of the Civil Practice Act, to review a determination of the Board of Appeals on Zoning of the City of New Rochelle, has been transferred to this court (Civ. Prac. Act, § 1296). The determination sought to be reviewed granted respondent Mambrino permission, on an appeal from a denial thereof by the local building official, to erect six-story, multifamily dwellings on a parcel of property located partly in a district permitting multifamily dwellings of not more than two and one-half stories and partly in a district permitting single-family residences only. Determination unanimously confirmed, with $10 costs and disbursements. No opinion. Present— Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ LAUCHNER MOTORS, INC., Appellant, v. WILLIAM D. RYAN et al., Respondents.— In an action by a conditional seller to recover a deficiency alleged to have resulted from the resale of a motor truck after default and repossession, the appeal is from so much of an order of the County Court, Suffolk County, as on reargument adhered to the original decision denying appellant's motion for summary judgment. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.